**Opinion issued April 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00827-CV

———————————

### 4J & L PARTNERS, LTD., Appellant

### V.

### HARRIS COUNTY APPRAISAL DISTRICT, Appellee

---

**On Appeal from the 127th District Court of Harris County, Texas**
**Trial Court Case No. 2012-58208**

---

**MEMORANDUM OPINION**

Appellant, 4J & L Partners, Ltd., filed an appeal from the trial court's September 12, 2014 Order Granting Defendant's Motion to Dismiss. The trial court clerk filed the clerk's record on November 20, 2014, and the court reporter filed an information sheet on October 13, 2014, indicating that no record was taken. Appellant's brief was therefore due on December 29, 2014. *See* TEX. R.

APP. P. 38.6(a). One motion for extension of time to file the brief was granted to appellant, and the brief was due on February 12, 2015.

As of February 20, 2015, appellant had failed to timely file a brief, and on that date the Clerk of this Court notified appellant that failure to file a brief or a motion for extension by March 2, 2015 could lead to dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(b). To date, no brief has been filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

2